UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY



**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Specialized Loan Servicing LLC as servicer for Bank of America National Association As Successor by Merger to Lasalle Bank National Association, As Trustee For The Holders of Prime Mortgage Trust, Mortgage Pass-Through Certificates, Series 2004-CL1

In Re:
    Collier III, James F

          DEBTOR
  Collier, Kathryn B

          CO-DEBTOR(S),

Order Filed on October 9, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:     18-17218 VFP

Chapter: 13

Hearing Date: October 3, 2019 at 10:00 A.M.
Judge:  Vincent F. Papalia

# ORDER VACATING STAY & CO-DEBTOR STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: October 9, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

[Type text]

Upon the motion of <u>Specialized Loan Servicing LLC as servicer for Bank of America National Association As Successor by Merger to Lasalle Bank National Association, As Trustee For The Holders of Prime Mortgage Trust, Mortgage Pass-Through Certificates, Series 2004-CL1</u>, under Bankruptcy Code section 362(a) and 1301(c) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■   Real Property More Fully Described as:

   **Land and premises commonly known as Lot 28, Block 8003,    15 Connie Place, Morristown NJ 07960**

☐   Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the co-debtor stay is vacated.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*