Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−17218−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    James F. Collier III
    15 Connie Place
    Morristown, NJ 07960

Social Security No.:
    xxx−xx−5358

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/21/19 at 10:00 AM

to consider and act upon the following:

*53* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 10/29/2019. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*55* − Certification in Opposition to Certification of Default (related document:53 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 10/29/2019. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Joan Sirkis Warren on behalf of James F. Collier III. (Warren, Joan)

Dated: 10/29/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-17218-VFP
James F. Collier, III                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Oct 29, 2019
                              Form ID: ntchrgbk        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2019.
db             +James F. Collier, III,    15 Connie Place,    Morristown, NJ 07960-8209
cr             +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCES,    Phelan Hallinan &Schmieg, PC,
                400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: cio.bncmail@irs.gov Oct 29 2019 23:55:35
                United States of America (Internal Revenue Service,    U.S. Attorney's Office,
                970 Broad Street,    Suite 700,    Newark, NJ  07102-2535
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2019                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Bank of America National Association As Successor by
           Merger to Lasalle Bank National Association, As Trustee, Et Al... dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
           eamonn.ohagan@usdoj.gov
          Joan Sirkis Warren    on behalf of Debtor James F. Collier, III joan@joanlaverylaw.com
          Kevin Gordon McDonald    on behalf of Creditor    Bank of America National Association As Successor
           by Merger to Lasalle Bank National Association, As Trustee, Et Al... kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,
           SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR ET.AL.
           nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7