| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>LAVERY & SIRKIS, ESQUIRES<br>Joan Sirkis Warren, Esq.<br>699 Washington Street, Suite 103<br>Hackettstown, NJ  07840<br>(908) 850-6161<br>I.D. #JW4841<br>Attorney for Debtor, James F. Collier, III | Order Filed on December 26, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>James F. Collier, III | Case No.:  18-17218/VFP<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge:  Vincent F. Papalia |

## ORDER REINSTATING THE AUTOMATIC STAY AS TO
SPECIALIZED LOAN SERVICING, LLC AS SERVICER FOR BANK OF AMERICA

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: December 26, 2019**

    DATED:

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

LAVERY & SIRKIS, Esquires
Joan Sirkis Warren, Esquire
699 Washington Street, Suite 103
Hackettstown, NJ 07840
(908)850-6161
ID#JW4841
Attorney for the Debtor, James F. Collier III

| IN RE: | : | UNITED STATES BANKRUPTCY COURT |
|---|---|---|
| | : | FOR THE DISTRICT OF NEW JERSEY |
| | : | |
| | : | CHAPTER 13 CASE NO. 18-17218/VFP |
| James F. Collier III | | |
| | : | |
| | : | ORDER TO REINSTATE THE AUTOMATIC STAY AS TO SPECIALIZED LOAN SERVICING, LLC AS SERVICER FOR BANK OF AMERICA |
| | : | |
| Debtor | : | |

Upon the motion of Joan Sirkis Warren, attorney for the debtor James F. Collier, and the Court having considered the moving papers and the opposition, if any, and for good cause shown;

**ORDERED AS FOLLOWS:**

1. The automatic stay as to Specialized Loan Servicing, LLC as Servicer for Bank of America is reinstated.