| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>LAVERY & SIRKIS, ESQUIRES<br>Joan Sirkis Warren, Esq.<br>699 Washington Street, Suite 103<br>Hackettstown, NJ  07840<br>(908) 850-6161<br>I.D. #JW4841<br>Attorney for Debtor, James F. Collier, III | Order Filed on December 26, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>James F. Collier, III | Case No.:   18-17218/VFP<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge:  Vincent F. Papalia |

## ORDER REINSTATING THE AUTOMATIC STAY AS TO
SPECIALIZED LOAN SERVICING, LLC AS SERVICER FOR BANK OF AMERICA

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: December 26, 2019**

DATED:

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

LAVERY & SIRKIS, Esquires
Joan Sirkis Warren, Esquire
699 Washington Street, Suite 103
Hackettstown, NJ 07840
(908)850-6161
ID#JW4841
Attorney for the Debtor, James F. Collier III

| IN RE: | : | UNITED STATES BANKRUPTCY COURT |
| --- | --- | --- |
|  | : | FOR THE DISTRICT OF NEW JERSEY |
|  | : | CHAPTER 13 CASE NO. 18-17218/VFP |
| James F. Collier III | : |  |
|  | : | ORDER TO REINSTATE THE AUTOMATIC STAY AS TO SPECIALIZED LOAN SERVICING, LLC AS SERVICER FOR BANK OF AMERICA |
|  | : |  |
| Debtor | : |  |

Upon the motion of Joan Sirkis Warren, attorney for the debtor James F. Collier, and the Court having considered the moving papers and the opposition, if any, and for good cause shown;

**ORDERED AS FOLLOWS:**

1. The automatic stay as to Specialized Loan Servicing, LLC as Servicer for Bank of America is reinstated.

United States Bankruptcy Court
District of New Jersey

In re:   
James F. Collier, III   
    Debtor

Case No. 18-17218-VFP   
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Dec 26, 2019   
                   Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2019.   
db           +James F. Collier, III,    15 Connie Place,    Morristown, NJ 07960-8209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.   
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****   
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.   
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2019 at the address(es) listed below:

         Andrew L. Spivack    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR ET.AL. nj.bkecf@fedphe.com   
         Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com   
         Denise E. Carlon    on behalf of Creditor    Bank of America National Association As Successor by Merger to Lasalle Bank National Association, As Trustee, Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com   
         Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov   
         Joan Sirkis Warren    on behalf of Debtor James F. Collier, III joan@joanlaverylaw.com   
         Kevin Gordon McDonald    on behalf of Creditor    Bank of America National Association As Successor by Merger to Lasalle Bank National Association, As Trustee, Et Al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com   
         Marie-Ann Greenberg    magecf@magtrustee.com   
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                            TOTAL: 8