| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** |
| IN RE:<br><br>JAMES F. COLLIER, III |

Case No.: 18-17218

Adv. No.:

Hearing Date:  07/21/2022

Judge:  VFP

## CERTIFICATION OF SERVICE

1. I, Jackie Michaels, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 06/08/2022, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
JAMES F. COLLIER, III
15 CONNIE PLACE
MORRISTOWN, NJ  07960
Mode of Service:  Regular Mail

Attorney for Debtor(s):
JOAN SIRKIS WARREN
LAVERY & SIRKIS
699 WASHINGTON STREET
SUITE 103
HACKETTSTOWN, NJ  07840
Mode of Service:  ECF and/or Regular Mail

Dated:  June 08, 2022

By:  /S/  Jackie Michaels
Jackie Michaels