UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Joan Sirkis Warren Esquire
Lavery & Sirkis
699 Washington Street
Hackettstown, NJ 07840
(908)850-6161
Attrney for hte debtor, James Collier
Attorney I.D.# JL 4841

Order Filed on February 6, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

   James Collier

   Debtor.

Case No.: 18-17218

Chapter: 13

Hearing Date: February 1, 2023

Judge: VFP

## ORDER APPROVING POST-PETITION FINANCING

The relief set forth on the following pages, numbered two (2) through three (3), is **ORDERED**.

**DATED: February 6, 2023**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

THIS MATTER having come before the Court on the debtor's Motion to Approve Post-Petition Financing, and the Court having considered the debtor's motion and any opposition thereto, and good and sufficient cause appearing therefrom for the entry of this order, it is hereby

ORDERED that the debtor(s) be and hereby are allowed to refinance real property located at _____ 15 Connie Place, Morristown, NJ 07960 _____ pursuant to the terms outlined in the debtor's certification in support of the refinancing motion; and it is further

ORDERED that from the funds received in connection with the refinance, all liens on the property shall be paid in full, at closing; and it is further

ORDERED that debtor(s) are authorized to pay the usual and necessary costs and expenses of settlement; and it is further

ORDERED that the debtor shall:
- ☒ Satisfy all Plan obligations from financing proceeds
- ☐ Continue to make payments under the Plan as proposed or confirmed
- ☐ Modify the Plan as follows:

ORDERED that debtor's counsel shall be allowed a legal fee of $ _____ for representation in connection with this motion, which is to be paid (**choose one**):

☐ at closing    ☐ through the plan    ☒ outside the plan;

and it is further

ORDERED that the chapter 13 trustee shall be provided with a copy of the HUD-1 settlement statement within seven (7) days of the closing of the refinance; and it is further

ORDERED that Fed. R. Bankr. P. 6004(h), which provides for a 14 day stay of this order,

☐ is applicable        ☒ is not applicable

ORDERED that the following other provisions apply:

The liens of all creditors shall be paid in full from the closing proceeds, pursuant to a proper payoff quote obtained prior to and good through the closing date;

This shall not be hort sale;

The refinance of the subject property closes within 60 days from the entry of the Order Authorizing Refinance.

rev.1/12/22